PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Tran. Court)*
1:03:CR:73-02

**DOCKET NUMBER** *(Rec. Court)*
08CR 442

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| KEITH BOGAN<br>Chicago, Illinois 60628 | WESTERN DISTRICT OF MICHIGAN | Kalamazoo |

**NAME OF SENTENCING JUDGE**
The Honorable Richard Alan Enslen

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03-17-2008 | TO 03-17-2012 |
|---|---|---|

**OFFENSE**

Conspiracy to Possess With Intent to Distribute and Distribute More Than 500 Grams of Cocaine; 21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)(ii)

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

**JUDGE LINDBERG**         **MAGISTRATE JUDGE SCHENKIER**

_5-15-05_
Date

The Honorable Richard Alan Enslen
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008
*Effective Date*

FILED
United States District Judge

JUN 03 2008 TC
June 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT