**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

June 16, 2008

Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

**FILED**

J.N    JUN 1 9 2008
June 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CR442
Judge Lindberg
Mag. Judge
Schenkier

RE:    USA v. Keith Bogan
        OUR Case No. 1:03-cr-73-02  Hon. Richard Alan Enslen

Dear Court Personnel:

Pursuant to the enclosed Order for Transfer of Jurisdiction over the above-named supervised releasee to the Northern District of Illinois filed June 13, 2008, we are sending certified copies of our order of transfer and docket sheet .

The documents that make up the case file are available electronically through PACER.  Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/ Ruth Westcott

By:  Deputy Clerk

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 1                                                                (NOTE: Identify Changes with Asterisk(*))

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | CASE NUMBER: 1:03-cr-73-02<br>USM Number: 11294-040 |
| KEITH BOGAN | |
| | William L. Fette |
| **Date of Original Judgment:** February 24, 2006<br>(Or Date of Last Amended Judgment) | Defendant's Attorney |

**Reason for Amendment:** Correction of Sentence for Clerical Mistake (Fed. R. Crim. P. 36)

THE DEFENDANT pleaded guilty to Count One.

Accordingly, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense: | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 846<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(B)(ii) | Conspiracy to Possess With Intent to<br>Distribute and Distribute More than<br>500 Grams of Cocaine | March 5, 2003 | One |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Judgment: February 27, 2006

Dated in Kalamazoo, MI:
February 27, 2006

_/s/Richard Alan Enslen_____
Richard Alan Enslen
Senior United States District Judge

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 2 – Imprisonment                                    (NOTE:  Identify Changes with Asterisks (*))

Defendant:  KEITH BOGAN                                    Judgment --Page 2 of  6
Case No.: 1:03-cr-73-02

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of
**SIXTY-THREE (63) MONTHS**.

The Court strongly recommends to the Bureau of Prisons that it designate a facility capable of providing the 500 hour
intensive substance abuse treatment program.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:_____

_____

_____

_____ Defendant

delivered on _____ to _____

_____, with a certified copy of this

judgment.

_____
United States Marshal

By_____
Deputy Marshal

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 3 – Supervised Release                                                    (NOTE: Identify Changes with Asterisks (*))

Defendant: KEITH BOGAN                                                          Judgment --Page 3 of 6
Case No.: 1:03-cr-73-02

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of *FOUR (4) YEARS*.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[]    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

[X]    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

[X]    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

[]    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

[]    The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2.    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.    the defendant shall support his or her dependents and meet other family responsibilities;
5.    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7.    the defendant shall refrain from use of alcohol and shall not purchase,  possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10.   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11.   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12.   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13.   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 3C – Supervised Release                                    (NOTE:  Identify Changes with Asterisks (*))

Defendant: KEITH BOGAN                                           Judgment --Page 4 of 6
Case No.: 1:03-cr-73-02

## SPECIAL CONDITIONS OF SUPERVISION

1.      The defendant shall provide the probation officer with access to any requested financial information.

2.      The defendant shall not incur new credit charges or open additional lines of credit without the approval of the
        probation officer.

3.      The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the
        probation officer, until such time as the defendant is released from the program by the probation officer, and shall
        pay at least a portion of the cost according to his ability as determined by the probation officer.

4.      The defendant shall refrain from all use of alcoholic beverages.

AO 245C (Rev. 06/05) Amended Judgment in a Criminal Case
    Sheet 5 – Criminal Monetary Penalties                      NOTE:  Identify Changes with Asterisks (*))

Defendant: KEITH BOGAN                                            Judgment --Page 5 of 6
Case No.: 1:03-cr-73-02

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | $3,100.00 | $0 |

[]       The determination of restitution is deferred until _____.  An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

[]       The defendant shall make restitution (including community restitutiuon)  to the following payees in the amounts listed below.

           If the defendant makes a partial payment, each payee shall receive an approximately proportional payment, unless specified otherwise in the priority order or percentage column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  | $ | $ |  |
| TOTALS | $ | $ |  |

[]       Restitution amount ordered pursuant to plea agreement $

[]       The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[X]      The court determined that the defendant does not have the ability to pay interest and it is ordered that:

      [X]      the interest requirement is waived for the [X]  fine []  restitution.

      []      the interest requirement for the []  fine []  restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245C  (Rev. 06/05) Amended Judgment in a Criminal Case
Sheet 6 – Schedule of Payments                                     NOTE:  Identify Changes with Asterisks (*))

Defendant: KEITH BOGAN                                                    Judgment --Page 6 of  6
Case No.: 1:03-cr-73-02

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A        [X]        The special assessment shall be paid in full immediately.

B        [X]        The restitution and/or fine shall be paid in minimum quarterly installments of $25.00 based on IFRP
                    participation, or minimum monthly installments of $20.00 based on UNICOR earnings, during the period of
                    incarceration, to commence 60 days after the date of this judgment.  Any balance due upon commencement
                    of supervision shall be paid, during the term of supervision, in minimum monthly installments of $50.00, to
                    commence 60 days after release from imprisonment.

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal
monetary penalties shall be due during the period of imprisonment.  All criminal monetary penalties, except those payments
made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court,
399 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan 49503.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]        Joint and Several

          Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and
          Several Amount, and corresponding payee, if appropriate.

[]        The defendant shall pay the cost of prosecution.

[]        The defendant shall pay the following court cost(s):

[]        The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine
principal, (5) community restitution, (6) fine interest (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

# United States District Court
## Western District of Michigan (Southern Division (1))
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-00073-RAE All Defendants

Case title: USA v. Padilla

Other court case number: 4:06cv86 related case

Magistrate judge case numbers: 1:03-mj-00007
            1:03-mj-00618

Date Filed: 03/04/2003

Date Terminated: 10/14/2005

Assigned to: Senior Judge Richard Alan
Enslen

Appeals court case number: '05-1338'
'Sixth Circuit Court of Appeals'

*08cr442*
*Judge Lindberg*
*Mag. Judge Schalker*

**defendant (1)**

**Amy Padilla**
*TERMINATED: 08/26/2003*

represented by **Damian D. Nunzio**
Law Offices of Damian D. Nunzio PC
1125 McKay Tower
146 Monroe Ctr., NW
Grand Rapids, MI 49503
(616) 336-8100
Fax: (616) 336-8191
Email: dnunzio@comcast.net
*TERMINATED: 03/06/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Gennelia Capobres Laluna**
Law Offices of Tat Parish, PLLC
134 N Main
Watervliet, MI 49098
(269) 983-7333
Fax: (269) 983-7377
Email: gennel@2keller.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Robert W. White**

Law Offices of Tat Parish, PLLC
134 N Main
Watervliet, MI 49098
(269) 463-3335
Email: rwwmich@msn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Tat Parish**
Law Offices of Tat Parish, PLLC
134 N Main
Watervliet, MI 49098
(269) 463-3335
Fax: (269) 463-3460
Email: tplaw@sbcglobal.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

21:846=CP.F; 21:841(a)(1);
21:841(b)(1)(B)(ii) - CONSPIRACY TO
POSSESS W/INTENT TO
DISTRIBUTE AND TO DISTRIBUTE
COCAINE (CONTROLLED
SUBSTANCE)
(1s)

**Disposition**

Defendant sentenced to 78 months
imprisonment; upon release deft shall be
on supervised release for term of 60
months; deft shall pay a special
assessment in the amount of $100.00;
see AMENDED JUDGMENT (76)
entered 2/24/06

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

21:846, 21:841(a)(1), 21:841(b)(1)(B)(ii)
CONSPIRACY TO POSSESS WITH
INTENT TO DISTRIBUTE COCAINE
(1)

**Disposition**

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

Assigned to: Senior Judge Richard Alan
Enslen

### defendant (2)

**Keith Bogan**
*TERMINATED: 08/21/2003*

represented by **Helen C. Nieuwenhuis**
Nieuwenhuis Law Offices PC
1125 McKay Tower
146 Monroe Center, NW
Grand Rapids, MI 49503
(616) 451-2190
Email: hnieuwenhu@dnx.net
*TERMINATED: 03/10/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**William L. Fette**
Cornell, Dalzell, Fette & Ramey
117 W Cedar St.
Kalamazoo, MI 49007-5286
(269) 381-4950
Email: bfette@ameritech.net
*TERMINATED: 08/21/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

21:846=CP.F; 21:841(a)(1);
21:841(b)(1)(B)(ii) - CONSPIRACY TO
POSSESS W/INTENT TO
DISTRIBUTE AND TO DISTRIBUTE
COCAINE (CONTROLLED
SUBSTANCE)
(1s)

### Disposition

Defendant sentenced to 70 months
imprisonment; upon release deft shall be
on supervised release for a term of 48
months; deft shall pay a fine in the
amount of $3,100.00 and a special
assessment in the amount of $100.00;
see AMENDED JUDGMENT (77)
entered 2/24/06; SEE DOC # 79 FOR
AMENDED JUDGMENT

### Highest Offense Level (Opening)

Felony

### Terminated Counts

21:846, 21:841(a)(1), 21:841(b)(1)(B)(ii)
CONSPIRACY TO POSSESS WITH
INTENT TO DISTRIBUTE COCAINE

### Disposition

Dismissed

Assigned to: Senior Judge Richard Alan Enslen

**defendant (3)**

**Pablo Reyes #11349-040**
*TERMINATED: 10/14/2005*

represented by **Pablo Reyes #11349-040**
Federal Correctional Institution
P.O. Box 1000
Sandstone, MN 55072
PRO SE

**Paul Mitchell**
Mitchell & Zambon, P.C.
507 Waters Bldg.
161 Ottawa Ave., NW
Grand Rapids, MI 49503
(616) 456-7831
Fax: (616) 456-9384
Email: plm1218@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Sharon A. Turek**
Federal Public Defender (Grand Rapids)
50 Louis St. NW, Ste. 500
Grand Rapids, MI 49503-2633
(616) 742-7420
Email: sharon_turek@fd.org
*TERMINATED: 03/18/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

21:846=CP.F; 21:841(a)(1);
21:841(b)(1)(B)(ii) - CONSPIRACY TO
POSSESS W/INTENT TO
DISTRIBUTE AND TO DISTRIBUTE
COCAINE (CONTROLLED
SUBSTANCE)
(1)

**Disposition**

Defendant sentenced to 121 months
custody, upon release defendant will be
on 5 years supervised release, defendant
will pay a $100 special assessment

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|

None

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|

21:846;841(a)(1); 841(b)(1)(B);
CONSPIRE TO DISTRIBUTE 500
GRAMS OR MORE OF A MIXTURE
OF SUBSTANCE CONTAINING A
DETECTABLE AMOUNT OF POWER          Dismissed
COCAINE, A SCHEDULE II
CONTROLLED SUBSTANCE. [
1:03-m -618 ]

**Plaintiff**

**USA**                          represented by **Andrew B. Birge**
                                              U.S. Attorney (Grand Rapids)
                                              The Law Bldg.
                                              330 Ionia Ave., NW
                                              P.O. Box 208
                                              Grand Rapids, MI 49501-0208
                                              (616) 456-2404
                                              Email: andrew.birge@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Joan Meyer**
                                              U.S. Attorney (Grand Rapids)
                                              The Law Bldg.
                                              330 Ionia Ave., NW
                                              P.O. Box 208
                                              Grand Rapids, MI 49501-0208
                                              (616) 456-2404
                                              Email: joan.meyer@usdoj.gov
                                              *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

| **Date Filed** | **#** | **Docket Text** |
|---|---|---|

| 02/05/2003 | 1 | COMPLAINT (4 pgs) with affidavit in support against deft Amy Padilla and deft Keith Bogan by Magistrate Judge Hugh W. Brenneman Jr. [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/05/2003 | | MINUTES: before Magistrate Judge Hugh W. Brenneman Jr.; first appearance of Amy Padilla w/out attorney present ; deft will retain counsel and is not asking court for appointed counsel; Govt does not move for detention; deft released on unsecured bond ; case to be set for arraignment & initial pretrial conference; ct recorder: DDK; Tape 03-B018 [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/05/2003 | 2 | APPEARANCE BOND ($20,000.00 unsecured) by deft Amy Padilla (cc: dft, pretrial svcs 2/5/03 ddk) [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/05/2003 | 3 | ORDER (2 pgs) by Magistrate Judge Hugh W. Brenneman Jr. setting conditions of release for deft Amy Padilla (cc: dft, pretrial svcs 2/5/03 ddk) [EOD Date 2/10/03] [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/05/2003 | | MINUTES: before Magistrate Judge Hugh W. Brenneman Jr.; first appearance of Keith Bogan w/out attorney present ; deft will retain counsel and is not seeking court-appointed counsel; Govt is not moving for detention; deft released on unsecured bond ; ct recorder: DDK; Tape 03-B018 [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/05/2003 | 4 | APPEARANCE BOND ($20,000.00 unsecured) by deft Keith Bogan (cc: dft, pretrial svcs 2/5/03 ddk) [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/05/2003 | 5 | ORDER (2 pgs) by Magistrate Judge Hugh W. Brenneman Jr. setting conditions of release for deft Keith Bogan (cc: dft, pretrial svcs 2/5/03 ddk) [EOD Date 2/10/03] [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/10/2003 | 6 | NOTICE of hearing by Magistrate Judge Hugh W. Brenneman Jr. as to deft Amy Padilla, deft Keith Bogan; arraignment and initial pretrial conference set for 2/13/03 at 9:45 am (cc: all counsel, USM, USPO 2/10/03 fh) [ 1:03-m -7 ] (ddk) (Entered: 02/10/2003) |
| 02/13/2003 | | MINUTES before Magistrate Judge Hugh W. Brenneman Jr.; deft Amy Padilla appeared with counsel Damian Nunzio for preliminary exam; deft waives prelim; bond cont'd; F. Hunter, Tape B03-29 [ 1:03-m -7 ] (dmh) (Entered: 02/13/2003) |
| 02/13/2003 | 7 | ATTORNEY APPEARANCE for deft Amy Padilla by Damian D. Nunzio [ 1:03-m -7 ] (dmh) (Entered: 02/13/2003) |
| 02/13/2003 | | MINUTES before Magistrate Judge Hugh W. Brenneman Jr.; deft Keith Bogan appeared with counsel Helen Nieuwenhuis for preliminary exam; deft waived prelim; bond cont'd; F. Hunter, Tape B03-29 [ 1:03-m -7 ] (dmh) (Entered: 02/13/2003) |
| 02/13/2003 | 8 | ATTORNEY APPEARANCE for deft Keith Bogan by Helen C. Nieuwenhuis [ 1:03-m -7 ] (dmh) (Entered: 02/13/2003) |

| 03/04/2003 | 9 | INDICTMENT (2 pgs) against Amy Padilla (1) count 1, Keith Bogan (2) count 1 (dmh) (Entered: 03/05/2003) |
|---|---|---|
| 03/06/2003 | 10 | ATTORNEY APPEARANCE for deft Amy Padilla by Tat Parish in place of atty Damian Nunzio; Demand for Jury Trial (dmh) (Entered: 03/06/2003) |
| 03/06/2003 | 1 | COMPLAINT (4 pgs) with affidavit in support against deft Pablo Reyes by Magistrate Judge Ellen S. Carmody [ 1:03-m -618 ] (cr) (Entered: 03/07/2003) |
| 03/06/2003 | | MINUTES: before Magistrate Judge Ellen S. Carmody ;first appearance of Pablo Reyes ; no attorney present ; deft requested court appointed counsel-granted ; Govt moved for detention/3-day continuance-granted; Prelim Exam/Detention Hrg set for Monday, March 10, 2003 @ 4:00 p.m. ;deft remanded to custody of USM; recorded by: C. Rather, Tape G03-21 [ 1:03-m -618 ] (cr) (Entered: 03/07/2003) |
| 03/06/2003 | 2 | FINANCIAL AFFIDAVIT of Pablo Reyes [ 1:03-m -618 ] (cr) (Entered: 03/07/2003) |
| 03/06/2003 | 3 | ORDER (1 pg) by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes appointing federal public defender [EOD Date 3/7/03] [ 1:03-m -618 ] (cr) (Entered: 03/07/2003) |
| 03/06/2003 | 4 | ORDER (1 pg) by Magistrate Judge Ellen S. Carmody ; as to deft Pablo Reyes; preliminary exam and detention hrg set for March 10, 2003 @ 4:00 p.m. (copies faxed to by CBH to: all counsel, USM and USPO) [EOD Date 3/7/03] [ 1:03-m -618 ] (cr) (Entered: 03/07/2003) |
| 03/07/2003 | 5 | NOTICE OF COUNSEL ASSIGNMENT by Federal Public Defender; deft Pablo Reyes will be represented by Sharon A. Turek; w/cert of svc [ 1:03-m -618 ] (cr) (Entered: 03/10/2003) |
| 03/10/2003 | | MINUTES before Magistrate Judge Joseph G. Scoville; dft Amy Padilla arraigned; not guilty plea entered; attorney Tat Parish present; initial pretrial conference held; bond cont'd; (D. Hand, Tape 03-S62) (dmh) (Entered: 03/12/2003) |
| 03/10/2003 | | MINUTES before Magistrate Judge Joseph G. Scoville; dft Keith Bogan arraigned; not guilty plea entered; attorney William L. Fette substitutes in for Helen Nieuwenhuis; initial pretrial cnference held; bond cont'd; (D. Hand, Tape 03-S62) (dmh) (Entered: 03/12/2003) |
| 03/10/2003 | 11 | DEFENDANT'S RIGHTS as to deft Amy Padilla (dmh) (Entered: 03/12/2003) |
| 03/10/2003 | 12 | DEFENDANT'S RIGHTS as to deft Keith Bogan (dmh) (Entered: 03/12/2003) |
| 03/10/2003 | 13 | PRETRIAL CONFERENCE SUMMARY ORDER (2 pgs) by Magistrate Judge Joseph G. Scoville as to deft Amy Padilla; mtn filing ddl set for 3/24/03; jury trial estimated to last 3 days; sentencing guidelines apply (cc: dft cnsl, US Atty) [EOD Date 3/12/03] (dmh) (Entered: 03/12/2003) |
| 03/10/2003 | 14 | PRETRIAL CONFERENCE SUMMARY ORDER (2 pgs) by Magistrate Judge Joseph G. Scoville as to deft Keith Bogan; mtn filing ddl set for 3/24/03; jury |

|  |  | trial estimated to last 3 days; sentencing guidelines apply (cc: dft cnsl, US Atty) [EOD Date 3/12/03] (dmh) (Entered: 03/12/2003) |
|---|---|---|
| 03/10/2003 |  | MINUTES: before Magistrate Judge Ellen S. Carmody ;as to deft Pablo Reyes; preliminary exam and detention hrg did not take place; attys Joan Meyer and sharon Turek present hrg rescheduled for March 19, 2003 @ 9:00 a.m. ;Recored by: C. Rather, Tape G03-24 [ 1:03-m -618 ] (cr) (Entered: 03/12/2003) |
| 03/10/2003 | 6 | NOTICE of hearing by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes ; preliminary exam or arraignment and intitial pretrial conf. and detention hrg set for March 19, 2003 @ 9:00 a.m. (copies faxed by CBH to: all counsel, USM and USPO) [ 1:03-m -618 ] (cr) (Entered: 03/12/2003) |
| 03/11/2003 | 15 | INITIAL DISCOVERY ORDER (5 pgs) by Magistrate Judge Joseph G. Scoville as to defts Bogan and Padilla; (cc: all counsel) [EOD Date 3/12/03] (dmh) (Entered: 03/12/2003) |
| 03/14/2003 | 16 | CRIMINAL CASE MANAGEMENT ORDER (5 pgs) by Judge Richard A. Enslen as to defts Amy Padilla and Keith Bogan; pretrial conference is set for 5/6/03 at 2:30 p.m.; motion filing ddl is 3/28/03; jury trial is set for 5/12/03 at 8:30 a.m. (cc: all counsel) [EOD Date 3/14/03] (rlw) Modified on 04/24/2003 (Entered: 03/14/2003) |
| 03/18/2003 | 17 | ORDER GRANTING SUBSTITUTION OF ATTORNEY (2 pgs) by Magistrate Judge Hugh W. Brenneman Jr.: purs to Substitution of Counsel and purs to the Consent to Substutition, ordered that William L. Fette be substituted as atty for deft Keith Bogan in the place and stead of Helen C. Nieuwenhuis (cc: AUSA Meyer, atty Neiuwenhuis, atty Fette, USPO 3/18/03 ddk) [EOD Date 3/20/03] (ddk) (Entered: 03/20/2003) |
| 03/18/2003 | 7 | STIPULATION AND ORDER ON SUBSTITUTION OF COUNSEL (2 pgs) by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes: Paul L. Mitchell replacing attorney Sharon A. Turek for Pablo Reyes [ 1:03-m -618 ] (cr) (Entered: 03/19/2003) |
| 03/19/2003 |  | MINUTES: before Magistrate Judge Ellen S. Carmody ; as to deft Pablo Reyes; preliminary exam waived by deft; detention motion withdrawn by Govt ; initial pretrial conference held; arraignment set for Monday, April 14, 2003 @ 3:00 p.m.; deft released on $25,000.00 bond; deft bound over for proceedings before the Grand Jury ; Recorded by: C. Rather, Tape G03-27. [ 1:03-m -618 ] (cr) (Entered: 03/19/2003) |
| 03/19/2003 | 8 | PRETRIAL CONFERENCE SUMMARY ORDER (2 pgs) by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes ; mtn ddl set for 4/24/03 ; jury trial estimated to last 3 days; sentencing guidelines apply (cc: dft cnsl, US Atty) [EOD Date 3/19/03] [ 1:03-m -618 ] (cr) (Entered: 03/19/2003) |
| 03/19/2003 | 9 | APPEARANCE BOND ( $25,000.00 Unsecured) by deft Pablo Reyes (cc: dft, pretrial svcs) [ 1:03-m -618 ] (cr) (Entered: 03/19/2003) |
| 03/19/2003 | 10 | ORDER (1 pg) by Magistrate Judge Ellen S. Carmody setting conditions of release for deft Pablo Reyes (cc: dft, pretrial svcs ) [EOD Date 3/19/03] [ |

| | | 1:03-m -618 ] (cr) (Entered: 03/19/2003) |
|---|---|---|
| 03/20/2003 | 11 | ORDER Holding Defendant For Proceedings Before the Grand Jury (1 pg) by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes (cc: all counsel, USM and USPO) [EOD Date 3/21/03] [ 1:03-m -618 ] (cr) (Entered: 03/21/2003) |
| 03/20/2003 | 12 | NOTICE of hearing by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes ; arraignment set for April 14, 2003 @ 3:00 p.m. (copies faxed by CBH to: all counsel, USM and USPO) [ 1:03-m -618 ] (cr) (Entered: 03/21/2003) |
| 04/03/2003 | 18 | SUPERSEDING INDICTMENT (2 pgs) against Amy Padilla (1) as to count 1s; against deft Keith Bogan (2) as to count 1s and against deft Pablo Reyes (3) as to count 1 (gjf) (Entered: 04/04/2003) |
| 04/08/2003 | 19 | NOTICE of hearing by Magistrate Judge Ellen S. Carmody as to defts Amy Padilla and Keith Bogan; arraignment on Spsdg. Indictment set for 4/14/03 at 3:00 p.m.; (cc: all counsel, USM, USPO by CBH) (dmh) (Entered: 04/08/2003) |
| 04/14/2003 | | MINUTES: before Magistrate Judge Ellen S. Carmody ;dft Amy Padilla arraigned on Superseding Indictment; Not Guilty plea entered; attorney Tat Parish present; Deft's bond continued pending proceedings before Judge Enslen ; Recorded by: C. Rather, Tape G03-32 (cr) (Entered: 04/15/2003) |
| 04/14/2003 | 20 | DEFENDANT'S RIGHTS as to deft Amy Padilla (cr) (Entered: 04/15/2003) |
| 04/14/2003 | | MINUTES: before Magistrate Judge Ellen S. Carmody ;dft Pablo Reyes arraigned on Superseding Indictment; Not Guilty plea entered; attorney Paul Mitchell present; Deft's bond continued pending proceedinhgs before Judge Enslen ; Recorded by: C. Rather, Tape G03-32 (cr) (Entered: 04/15/2003) |
| 04/14/2003 | 22 | DISCOVERY ORDER (5 pgs) by Magistrate Judge Ellen S. Carmody as to deft Pablo Reyes (cc: all counsel) [EOD Date 4/15/03] (cr) (Entered: 04/15/2003) |
| 04/14/2003 | | MINUTES: before Magistrate Judge Ellen S. Carmody ;dft Keith Bogan arraigned on Superseding Indictment; Not Guilty plea entered; attorney William Fette present; deft's bond continued pending proceedings before Judge Enslen ; Recorded by C. Rather, Tape G03-32 (cr) (Entered: 04/15/2003) |
| 04/14/2003 | 23 | DEFENDANT'S RIGHTS as to deft Keith Bogan (cr) (Entered: 04/15/2003) |
| 04/15/2003 | 21 | DEFENDANT'S RIGHTS as to deft Pablo Reyes (cr) (Entered: 04/15/2003) |
| 04/21/2003 | 24 | FIRST AMENDED CRIMINAL CASE MANAGEMENT ORDER (5 pgs) by Judge Richard A. Enslen as to defts Amy Padilla, Keith Bogan, Pablo Reyes; pretrial conference is set for 5/12/03 at 3:30 p.m.; jury trial is set for 5/19/03 at 8:30 a.m. (cc: all counsel) [EOD Date 4/22/03] (rlw) Modified on 04/24/2003 (Entered: 04/22/2003) |
| 05/12/2003 | | MINUTES: before Judge Richard A. Enslen; deft Pablo Reyes failed to appear; pretrial conference continued to 5/13/03 at 1:30 p.m.; Kathleen Thomas, Reporter (rlw) (Entered: 05/13/2003) |

| 05/12/2003 | | MINUTES: before Judge Richard A. Enslen; guilty plea entered by Amy Padilla (1) as to count 1s; plea taken under advisement; sentence hrg is set for 8/21/03 at 2:30 p.m.; deft's bond is continued; presentence report ordered; Kathleen Thomas, Reporter (rlw) (Entered: 05/13/2003) |
| --- | --- | --- |
| 05/12/2003 | 25 | PLEA AGREEMENT (8 pgs) as to deft Amy Padilla (cc: Deft's Atty, US Atty Probation) (rlw) (Entered: 05/13/2003) |
| 05/12/2003 | 26 | ORDER (2 pgs) by Judge Richard A. Enslen setting sentencing as to deft Amy Padilla for 8/21/03 at 2:30 p.m. (cc: all counsel) [EOD Date 5/13/03] (rlw) (Entered: 05/13/2003) |
| 05/12/2003 | | MINUTES: before Judge Richard A. Enslen; guilty plea entered by Keith Bogan (2) as to count 1s; plea taken under advisement; sentence hrg is set for 8/21/03 at 3:30 p.m.; deft's bond is continued; presentence report ordered; Kathleen Thomas, Reporter (rlw) (Entered: 05/13/2003) |
| 05/12/2003 | 27 | PLEA AGREEMENT (8 pgs) as to deft Keith Bogan (cc: Deft's Atty, US Atty Probation) (rlw) (Entered: 05/13/2003) |
| 05/12/2003 | 28 | ORDER (2 pgs) by Judge Richard A. Enslen setting sentencing as to deft Keith Bogan for 8/21/03 at 3:30 p.m. (cc: all counsel) [EOD Date 5/13/03] (rlw) (Entered: 05/13/2003) |
| 05/13/2003 | 29 | ORDER (1 pg) by Judge Richard A. Enslen as to deft Pablo Reyes; deft failed to appear for scheduled pretrial on 5/13/03 at 1:30 p.m.; pretrial conference adjourned; jury trial adjourned; arrest warrant shall issue (cc: all counsel) [EOD Date 5/13/03] (rlw) (Entered: 05/13/2003) |
| 05/13/2003 | | ARREST WARRANT issued for deft Pablo Reyes by Judge Richard A. Enslen (rlw) (Entered: 05/13/2003) |
| 08/15/2003 | 30 | SENTENCING memorandum by pltf USA as to deft Amy Padilla; w/Cert. of Service (bd) (Entered: 08/19/2003) |
| 08/15/2003 | 31 | GOVT'S MOTION for downward departure with brief in support by USA as to deft Amy Padilla; w/Cert. of Serv. (bd) (Entered: 08/19/2003) |
| 08/15/2003 | 32 | GOVT'S MOTION for downward departure with brief in support by USA as to deft Keith Bogan; w/Cert. of Serv. (bd) (Entered: 08/19/2003) |
| 08/21/2003 | | MINUTES: before Judge Richard A. Enslen; sentence hrg held Govt's motion for downward departure 31 is granted; sentencing Amy Padilla (1) as to count 1s to 78 months imprisonment; deft remanded to the custody of the US Marshal upon release deft shall be on supervised release for term of 60 months; deft shall pay a special assessment in the amount of $100.00; dismissing as to Amy Padilla (1) count 1; terminating party Amy Padilla; Kathleen Thomas, Reporter (rlw) Modified on 08/22/2003 (Entered: 08/22/2003) |
| 08/21/2003 | | MINUTES: before Judge Richard A. Enslen; sentence hrg held; Govt's motion for downward departure 32 is granted; sentencing Keith Bogan (2) as to count 1s to 70 months imprisonment; deft remanded to the custody of the US Marshal; upon release deft shall be on supervised release for a term of 48 months; deft |

| | | |
|---|---|---|
| | | shall pay a fine in the amount of $3,100.00 and a special assessment in the amount of $100.00; dismissing as to Keith Bogan (2) count 1; terminating party Keith Bogan; Kathleen Thomas, Reporter (rlw) (Entered: 08/22/2003) |
| 08/26/2003 | 33 | JUDGMENT (6 pgs) in a Criminal Case as to deft Keith Bogan by Judge Richard A. Enslen (cc: dft cnsl, US Atty, USM, Probation) [EOD Date 8/26/03] (mrs) (Entered: 08/26/2003) |
| 08/26/2003 | 34 | JUDGMENT (6 pgs) in a Criminal Case as to deft Amy Padilla by Judge Richard A. Enslen (cc: dft cnsl, US Atty, USM, Probation) [EOD Date 8/26/03] (mrs) (Entered: 08/26/2003) |
| 08/26/2003 | 35 | ACKNOWLEDGEMENT OF RECEIPT of appeal packet from Attorney Tat Parish on behalf of deft Amy Padilla (bd) (Entered: 08/27/2003) |
| 08/16/2004 | 36 | TRANSCRIPT of sentence as to deft Amy Padilla held 8/21/03 before Judge Richard Alan Enslen; transcribed by Kathleen S. Thomas (rlw) (Entered: 08/16/2004) |
| 08/23/2004 | 37 | MOTION to exceed page limitation by deft Amy Padilla with brief in support, w/PROPOSED Motion for Relief from Judgment or in the alternative for Relief pursuant to 28:2255 (rlw) (Entered: 08/23/2004) |
| 09/01/2004 | 38 | ORDER (1 pg) by Judge Richard A. Enslen granting deft Amy Padilla's motion to exceed page limitation [37-1] (cc: all counsel) [EOD Date 9/1/04] (rlw) (Entered: 09/01/2004) |
| 09/01/2004 | 39 | MOTION for relief from judgment pursuant to 60(B) or, in the alternative, for relief pursuant to 2255 by deft Amy Padilla with brief in support, Exhibits A-E (rlw) (Entered: 09/01/2004) |
| 09/03/2004 | 40 | ORDER (1 pg) by Judge Richard A. Enslen that the Govt shall file an answer or other pleading to deft's motion for relief from judgment pursuant to F.R.C.P. 60(B) or, in the alternative, for relief pursuant to 28:2255 within 60 days of the entry of this order (cc: all counsel) [EOD Date 9/7/04] (rlw) (Entered: 09/07/2004) |
| 10/28/2004 | 41 | ATTORNEY APPEARANCE of Andrew B. Birge for USA (Birge, Andrew) (Entered: 10/28/2004) |
| 10/29/2004 | 42 | MOTION for extension of time to file by USA as to Amy Padilla (Meyer, Joan) (Entered: 10/29/2004) |
| 10/29/2004 | 43 | CERTIFICATE OF SERVICE by USA as to Amy Padilla re MOTION for extension of time to file 42 (Meyer, Joan) (Entered: 10/29/2004) |
| 11/02/2004 | 44 | ORDER granting plaintiff's motion for extension of time to file 42 as to Amy Padilla (1); plaintiff is granted enlargement to respond not later than November 16, 2004; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, blb) (Entered: 11/02/2004) |
| 11/02/2004 | | Copy of Order on Motion for Extension of Time to File 44 mailed to Paul L. Mitchell (rlw, ) (Entered: 11/02/2004) |

| 11/02/2004 | | Copy of Order on Motion for Extension of Time to File 44 mailed to Tat Parish because his e-filing status was not active (rlw, ) (Entered: 11/02/2004) |
|---|---|---|
| 11/08/2004 | 45 | TRANSCRIPT of Plea Hearing held May 12, 2003 before Honorable Richard Alan Enslen as to Amy Padilla, Keith Bogan (Court Reporter: K. Thomas, (269) 385-3050) (Entered: 11/08/2004) |
| 11/09/2004 | 46 | RESPONSE to Motion by USA as to Amy Padilla re Motion for Miscellaneous Relief 39 (Attachments: # 1 Exhibit Plea Hearing Transcript pages) (Birge, Andrew) (Entered: 11/09/2004) |
| 02/23/2005 | 47 | OPINION as to defendant Amy Padilla; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, blb) (Entered: 02/23/2005) |
| 02/23/2005 | 48 | FINAL ORDER denying motion relief from judgment pursuant to federal rule of civil procedure 60(b) or, in the alternative, for relief pursuant to 28 U.S.C. 2255 39 as to Amy Padilla (1); granting a certificate of appealability limited to the issue of whether the Booker decision should be applied to a pre-Blakely sentence in the context of a section 2255 motion; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, blb) (Entered: 02/23/2005) |
| 03/08/2005 | 49 | NOTICE OF APPEAL by Amy Padilla re Order on Motion for Miscellaneous Relief, 48 (Laluna, Gennelia) (Entered: 03/08/2005) |
| 03/10/2005 | | RECEIPT: USCA appeal fee $ 255, receipt number 209937 as to Amy Padilla re Notice of Appeal - Final Judgment 49 : (rlw, ) (Entered: 03/11/2005) |
| 03/21/2005 | 50 | NOTICE OF APPEAL by Amy Padilla re Order on Motion for Miscellaneous Relief, 48 (Attachments: # 1 Attachment Court's Final Order) (Laluna, Gennelia) (Entered: 03/21/2005) |
| 03/22/2005 | 51 | ATTORNEY APPEARANCE of Gennelia Capobres Laluna for defendant Amy Padilla (Laluna, Gennelia) (Entered: 03/22/2005) |
| 03/22/2005 | 52 | TRANSCRIPT REQUEST by Amy Padilla for proceedings held on 5/12/03 & 8/21/03 before Judge Enslen, re Notice of Appeal - Final Judgment 49 , Notice of Appeal - Final Judgment 50 (Laluna, Gennelia) (Entered: 03/22/2005) |
| 03/22/2005 | | CASE NUMBER 05-1338 assigned by Sixth Circuit Court of Appeals to appeal 49 as to defendant Amy Padilla (kad, ) (Entered: 03/24/2005) |
| 04/06/2005 | | ARREST of Pablo Reyes in Northern District of Ohio (rlw, ) (Entered: 04/19/2005) |
| 04/18/2005 | 53 | RULE 5 DOCUMENTS received from Northern District of Ohio as to defendant Pablo Reyes (rlw, ) (Entered: 04/19/2005) |
| 04/19/2005 | 54 | NOTICE OF HEARING as to Pablo Reyes pretrial conference set for 4/27/2005 at 09:30 AM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; (Judge Richard Alan Enslen, sas) (Entered: 04/19/2005) |
| 04/27/2005 | 55 | MINUTES of pretrial conference as to defendant Pablo Reyes held before Judge Richard Alan Enslen (Court Reporter Kathleen Thomas) (Judge Richard Alan |

| | | Enslen, sas) (Entered: 04/27/2005) |
|---|---|---|
| 04/27/2005 | 📑 56 | CASE MANAGEMENT ORDER as to defendant Pablo Reyes: pretrial conference set for 6/27/2005 at 02:30 PM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; jury trial set for 7/5/2005 at 08:30 AM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; ; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, sas) (Entered: 04/27/2005) |
| 04/28/2005 | 📑 57 | PLEASE DISREGARD - ACKNOWLEDGMENT of receipt of appeal packet by Pablo Reyes (acr, ) Modified to reflect that this document was filed in the wrong case on 4/28/2005 (acr, ). (Entered: 04/28/2005) |
| 04/29/2005 | 📑 58 | ORDER granting Plaintiff's oral motion for a Speedy Trial Act continuance, denying Defendant's oral motion for bond as to defendant Pablo Reyes; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, blb) (Entered: 04/29/2005) |
| 06/14/2005 | 📑 59 | NOTICE as to Pablo Reyes: change of plea hearing is set for 6/23/2005 at 03:00 PM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; (Judge Richard Alan Enslen, sas) (Entered: 06/14/2005) |
| 06/23/2005 | 📑 60 | MINUTES of CHANGE OF PLEA; defendant Pablo Reyes plead guilty to Count One of the Superseding Indictment held before Judge Richard Alan Enslen (Court Reporter Kathleen Thomas) (Judge Richard Alan Enslen, sas) (Entered: 06/23/2005) |
| 06/23/2005 | 📑 61 | ORDER as to defendant Pablo Reyes sentencing set for 9/22/2005 at 02:30 PM at 174 Federal Building, Kalamazoo, MI before Judge Richard Alan Enslen; ; signed by Judge Richard Alan Enslen (Judge Richard Alan Enslen, sas) (Entered: 06/23/2005) |
| 06/23/2005 | 📑 62 | PLEA AGREEMENT as to Pablo Reyes (rlw, ) (Entered: 06/24/2005) |
| 08/29/2005 | 📑 63 | NOTICE rescheduling sentencing as to Pablo Reyes for 10/11/2005 at 09:00 AM before Judge Richard Alan Enslen; (Judge Richard Alan Enslen, sas) (Entered: 08/29/2005) |
| 10/06/2005 | 📑 64 | MOTION for downward departure under 5K1.1 by USA as to Pablo Reyes (Meyer, Joan) (Entered: 10/06/2005) |
| 10/06/2005 | 📑 65 | BRIEF in support by USA as to Pablo Reyes re MOTION for downward departure under 5K1.1 64 (Meyer, Joan) (Entered: 10/06/2005) |
| 10/11/2005 | 📑 66 | MINUTES of SENTENCING for Pablo Reyes (3), Count 1, 121 months custody, 5 years supervised release and $100 special assessment held before Senior Judge Richard Alan Enslen (Court Reporter Kathleen Thomas) (Senior Judge Richard Alan Enslen, sas) (Entered: 10/11/2005) |
| 10/11/2005 | 📑 67 | ACKNOWLEDGMENT of receipt of appeal packet by Pablo Reyes (rlw, ) (Entered: 10/11/2005) |

| 10/14/2005 | 68 | JUDGMENT as to defendant Pablo Reyes ; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) (Entered: 10/14/2005) |
| 10/14/2005 | | Certified copies of Judgment 68 as to defendant Pablo Reyes mailed to Andrew Birge, Paul Mitchell, USPO, USM (rlw, ) (Entered: 10/14/2005) |
| 11/17/2005 | 69 | JUDGMENT RETURNED EXECUTED as to Pablo Reyes on 11/8/05 (rlw, ) (Entered: 11/18/2005) |
| 12/14/2005 | 70 | ORDER of USCA (certified copy) as to Amy Padilla re Notice of Appeal - Final Judgment 49 , Notice of Appeal - Final Judgment 50 (rlw, ) (Entered: 12/16/2005) |
| 01/03/2006 | 71 | MOTION under Rule 35(a) by USA as to deft Amy Padilla (Meyer, Joan) Modified on 1/3/2006 to show correct filer(ldm) (Entered: 01/03/2006) |
| 01/03/2006 | 72 | BRIEF in support by USA as to Amy Padilla re MOTION under Rule 35(a) 71 (Meyer, Joan) (Entered: 01/03/2006) |
| 01/03/2006 | 73 | MOTION under Rule 35(a) by USA as to Keith Bogan (Meyer, Joan) (Entered: 01/03/2006) |
| 01/03/2006 | 74 | BRIEF in support by USA as to Keith Bogan re MOTION under Rule 35(a) 73 (Meyer, Joan) (Entered: 01/03/2006) |
| 02/24/2006 | 75 | ORDER granting motion under Rule 35(a) 71 as to Amy Padilla (1); an Amended Judgment shall issue reducing Defendant's sentence to a term of 70 months imprisonment; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) Modified on 2/24/2006 to edit text (rlw, ). (Entered: 02/24/2006) |
| 02/24/2006 | 76 | AMENDED JUDGMENT as to defendant Amy Padilla ; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) (Entered: 02/24/2006) |
| 02/24/2006 | 77 | ORDER granting motion under Rule 35(a) 73 as to Keith Bogan (2); an Amended Judgment shall issue reducing Defendant's sentence to a term of 63 months imprisonment. ; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) Modified on 2/24/2006 to edit text (rlw, ). (Entered: 02/24/2006) |
| 02/24/2006 | 78 | AMENDED JUDGMENT as to defendant Keith Bogan ; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) (Entered: 02/24/2006) |
| 02/24/2006 | | Certified copies of Judgment - Amended 76 as to defendant Amy Padilla mailed to Tat Parish, Andrew Birge, USPO, USM (rlw, ) (Entered: 02/24/2006) |
| 02/24/2006 | | Certified copies of Judgment - Amended 78 as to defendant Keith Bogan mailed to William L. Fette, Andrew Birge, USPO, USM (rlw, ) (Entered: 02/24/2006) |
| 02/27/2006 | | Copy of Order on Motion under Rule 35(a), Order on Motion under Rule 35(a) 77 , Order on Motion under Rule 35(a), Order on Motion under Rule 35(a) 75 as |

| | | |
|---|---|---|
| | | to defendant Amy Padilla, Keith Bogan mailed to William L. Fette (rlw, ) (Entered: 02/27/2006) |
| 02/27/2006 | 79 | AMENDED JUDGMENT as to defendant Keith Bogan ; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) (Entered: 02/27/2006) |
| 02/27/2006 | | Certified Copy of Judgment - Amended 79 as to defendant Keith Bogan mailed to Andrew Birge, William Fette, USPO and USMS (acr, ) (Entered: 02/27/2006) |
| 04/21/2006 | 80 | TRANSCRIPT of the Sentencing Hearing held October 11, 2005 before the Honorable Richard Alan Enslen as to Pablo Reyes (Court Reporter: K. Thomas, (269) 385-3050) (Entered: 04/21/2006) |
| 07/20/2006 | | MOTION to vacate, set aside, or correct sentence under 28 U.S.C. 2255 filed as civil action 4-06-cv-86 by defendant Pablo Reyes (bd, ) Modified text on 7/25/2006 (acr, ). (Entered: 07/20/2006) |
| 07/20/2006 | 81 | ORDER TO FILE ANSWER OR OTHER PLEADING as to Pablo Reyes: the U.S. Attorney to answer the motion to vacate, set aside or correct sentence within 30 days ; signed by Senior Judge Richard Alan Enslen (rlw, ) (Entered: 07/24/2006) |
| 07/20/2006 | 82 | MOTION to vacate, set aside, or correct sentence under 28 U.S.C. 2255 (transferred from civil case 4:06-cv-86) by Pablo Reyes; (rlw, ) (Entered: 07/24/2006) |
| 08/21/2006 | 83 | MOTION for extension of time to file response/reply as to MOTION to vacate, set aside, or correct sentence under 28 U.S.C. 2255 (transferred from civil case 4:06-cv-86) 82 by USA as to Pablo Reyes #11349-040 (Attachments: # 1 Proposed Order) (Birge, Andrew) (Entered: 08/21/2006) |
| 08/21/2006 | 84 | CERTIFICATE OF SERVICE by USA as to Pablo Reyes #11349-040 re MOTION for extension of time to file response/reply as to MOTION to vacate, set aside, or correct sentence under 28 U.S.C. 2255 (transferred from civil case 4:06-cv-86) 82 83 (Birge, Andrew) (Entered: 08/21/2006) |
| 08/22/2006 | 85 | ORDER granting motion for extension of time to file response/reply 83 as to Pablo Reyes #11349-040 (3); the United States shall filed it's response on or before August 28, 2006 ; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, sas) (Entered: 08/22/2006) |
| 08/22/2006 | | Copy of Order on Motion for Extension of Time to File Response/Reply, 85 as to defendant Pablo Reyes #11349-040 mailed to Pablo Reyes (acr, ) (Entered: 08/22/2006) |
| 08/28/2006 | 86 | RESPONSE to Motion by USA as to Pablo Reyes #11349-040 re MOTION to vacate, set aside, or correct sentence under 28 U.S.C. 2255 (transferred from civil case 4:06-cv-86) 82 (Attachments: # 1 Attachment Mitchell Ltr 10/4/05) (Birge, Andrew) (Entered: 08/28/2006) |

| 08/28/2006 | 87 | CERTIFICATE OF SERVICE by USA as to Pablo Reyes #11349-040 re Response to Motion 86 (Birge, Andrew) (Entered: 08/28/2006) |
| 09/05/2006 | 88 | LETTER from Pablo Reyes advising of change of address and inquiring about his 2255 motion; copy of the docket sheet mailed to Pablo Reyes re Pablo Reyes #11349-040 (rlw, ) (Entered: 09/08/2006) |
| 11/13/2006 | 89 | OPINION as to defendant Pablo Reyes #11349-040; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, blb) (Entered: 11/13/2006) |
| 11/13/2006 | 90 | FINAL ORDER denying 82 defendant's motion to vacate (2255) as to Pablo Reyes #11349-040 (3), denying certificate of appealability as to all issues asserted; signed by Senior Judge Richard Alan Enslen (Senior Judge Richard Alan Enslen, blb) (Entered: 11/13/2006) |
| 11/13/2006 |  | Copy of Opinion 89 , Order on Motion to Vacate (2255) 90 as to defendant Pablo Reyes #11349-040 mailed to Pablo Reyes (acr, ) (Entered: 11/13/2006) |
| 06/13/2008 | 91 | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to Northern District of Illinois as to Keith Bogan (rlw) (Entered: 06/16/2008) |
| 06/16/2008 | 92 | TRANSMITTAL LETTER sending documents regarding transfer of jurisdiction of probationer/supervised releasee Keith Bogan to Northern District of Illinois (rlw) (Entered: 06/16/2008) |

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By K. Westcott
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 10-16-08

| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 1:03:CR:73-02 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

DOCKETED JUN 5 2008

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: KEITH BOGAN Chicago, Illinois 60628  **08CR  442** | DISTRICT WESTERN DISTRICT OF MICHIGAN | DIVISION |
|---|---|---|

**FILED - GR**
June 13, 2008 10:08 AM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: _gf_ / _____

| NAME OF SENTENCING JUDGE The Honorable Richard Alan Enslen | | |
|---|---|---|
| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 03-17-2008 | TO 03-17-2012 |

**OFFENSE**

Conspiracy to Possess With Intent to Distribute and Distribute More Than 50 Grams of Cocaine; 21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)(ii)

COPY

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

**JUDGE LINDBERG**

*5-15-08*

_____
*Date*

**MAGISTRATE JUDGE SCHENKIER**

_____
The Honorable Richard Alan Enslen
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JUN - 2 2008

_____
*Effective Date*

**FILED**

_____
*United States District Judge*

JUN 0 3 2008 TC
June 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By K. Westcott
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date 6-16-08